**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Mahdi O., | Case No. 26-cv-0083 (PJS/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement; ICE Field Office Director, St. Paul Field Office; and Eric Klang, Sheriff of Crow Wing County, Minnesota, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Mahdi O. by no later than January 13, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Santos M.C. v. Olson*, No. 25-CV-4264 (PJS/DJF), 2025 WL 3281787 (D. Minn. Nov. 25, 2025).

3.    If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 15, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 9, 2026                      *s/Douglas L. Micko*
                                                  DOUGLAS L. MICKO
                                                  United States Magistrate Judge